IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL
CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL LAW DIVISION

CIRCUIT CIVIL NO.

CYNTHIA MCCOURT,

    Plaintiff,

v.

BARBARA LABAR, and
LIBERTY MUTUAL INSURANCE
COMPANY, a foreign
corporation,

    Defendants.
_____/

## COMPLAINT

The Plaintiff, CYNTHIA MCCOURT, by and through the undersigned attorney, hereby sues the Defendants, BARBARA LABAR, and LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation, (hereinafter referred to as LIBERTY MUTUAL) and alleges:

### COUNT I

1. This is an action for damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS.

2. On or about August 21, 2013, the Defendant, BARBARA LABAR, owned and operated a motor vehicle at or near the intersection of 70TH Avenue and 48th Street, in the city of Pinellas Park, Pinellas County, Florida.

3. At that time and place, the Defendant negligently operated or maintained her motor vehicle so as to cause same to collide with

Reference # 18113010

a motor vehicle operated by the Plaintiff.

4. As a result, the Plaintiff, CYNTHIA MCCOURT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings and loss of the ability to earn money, and aggravation of a previously existing, asymptomatic condition. The losses are either permanent, and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, CYNTHIA MCCOURT, demands judgment for damages against the Defendant, BARBARA LABAR, and further demands trial by jury on all issues.

## COUNT II

8. This is an action for damages in excess of FIFTEEN THOUSAND ($15,000.00) DOLLARS.

9. At all times material hereto, the Defendant, LIBERTY MUTUAL, was a foreign corporation duly authorized and licensed to conduct business in the State of Florida as an insurance company.

10. At all times material hereto, the Defendant, LIBERTY MUTUAL, insured the Plaintiff pursuant a policy of automobile insurance bearing policy number A01-251-688254-75 3 5. A copy of the declarations page for said policy is attached hereto as Plaintiff's Exhibit A.

11. On or about August 21, 2013, the Plaintiff, CYNTHIA MCCOURT,

sustained serious bodily injuries as a result of an automobile accident which was caused by the negligent acts of Barbara LaBar. That accident occurred in Pinellas County, Florida, at or near the intersection of 70th Avenue and 48th Street, in the city of Pinellas Park.

12. At that time and place, Barbara LaBar did not maintain an insurance policy on her motor vehicle which provided bodily injury liability coverage to persons injured by her negligent acts. Accordingly, Barbara LaBar was an uninsured motorist at the time of the aforementioned accident.

13. The Plaintiff's insurance policy with the Defendant, LIBERTY MUTUAL, provided uninsured motorists coverage to the Plaintiff and other persons insured by her policy. Said coverage is designed and intended to compensate the Plaintiff and other insureds for injuries and losses resulting from the negligent acts of uninsured motorists.

14. The provisions of the Plaintiff's insurance policy with the Defendant, LIBERTY MUTUAL, authorized the Plaintif to select litigation in the event there is a dispute between the insured and insurer. Pursuant to that policy language, the Plaintiff hereby elects to institute litigation against all parties responsible for the aforementioned accident.

15. As a result of the negligent acts of Barbara LaBar, the

Plaintiff, CYNTHIA MCCOURT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of the ability to earn money, and aggravation of a previously existing, asymptomatic condition. Said losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, CYNTHIA MCCOURT, demands judgment for damages against the Defendant, LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation, and further demands trial by jury on all issues.

<u>s/ Joel P. Yanchuck</u>
JOEL P. YANCHUCK, ESQUIRE
Florida Bar No. 0113498
jyanchuck@yanchuckberman.com
twadley@yanchuckberman.com
cchoquette@yanchuckberman.com
Attorney for Plaintiff
YANCHUCK, BERMAN, WADLEY,
  & ZERVOS, P.A.
Post Office Box 4192
St. Petersburg, Fl  33731
(727) 822-6313